UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEVON D. WATKINS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>MONROE COLLEGE; TERRY KARG; FMR. DEAN GINESE; JOHN DOE (COLLEGE FINANCIAL AID ADMIN); COLLEGE PRES. JEROME,<br><br>                              Defendants. | 25cv3533 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 8, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore, in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 11, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge